Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ. Settle order on notice.

ANNA ALTMAN, Respondent, v. MAX BAKST, Appellant, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

MOSES BEAL, Respondent, v. STANDARD OIL COMPANY OF NEW YORK and Another, Appellants.— Motions for reargument denied. Motions for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

BELL FIREPROOFING COMPANY, Respondent, v. MANUFACTURERS' TRUST COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

BUCK & HICKMAN, LTD., Respondent, v. ELLERMAN & BUCKNALL STEAMSHIP COMPANY, LTD., Appellant, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

HAROLD G. D. CORNEY, as Administrator, etc., of HAROLD F. CORNEY, Deceased, Appellant, v. CENTRAL RAILROAD COMPANY OF NEW JERSEY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable plaintiff to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

THOMAS H. DAUCH, Respondent, v. GREAT NECK HOLDING CORPORATION, Appellant. GREGORY COAL AND LUMBER COMPANY, Respondent.— Motion for stay on appeal granted, on condition that the appeal be perfected and brought on for argument at the March term. Motion for leave to combine appeals in one record granted. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

FRANK DeMARCO, Appellant, v. RICHARD F. LUCEY, Respondent.— Motion to dispense with printing record on appeal granted. Points to be printed. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

FOX FILM CORPORATION, Respondent, v. STUARD HIRSCHMAN and Others, Appellants.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

GEORGE GOELZ, Appellant, v. MAX EVENS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

JOSEPHINE GOELZ, Appellant, v. MAX EVENS, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

LILLIAN GROSS, an Infant, by ANNA ALTMAN, Her Guardian ad Litem, Respondent, v. MAX BAKST, Appellant, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

CHARLES HATTENDORF, Respondent, v. SIGMUND KRAUTER and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay of thirty days granted to enable appellants to apply

56